IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VIRGINIA STEWART                                           PLAINTIFF

v.                  CIVIL NO. 05-5041

JO ANNE B. BARNHART, Commissioner
Social Security Administration                             DEFENDANT

## **O R D E R**

On this 2nd day of June, 2006, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on May 12, 2006, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney's fees in the amount of $2,823.25, representing 22.27 hours of work at a rate of $125.00 per hour and $39.50 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                     /s/ Jimm Larry Hendren
                                                     JIMM LARRY HENDREN
                                                     UNITED STATES DISTRICT JUDGE